IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-14483 |
| | | CHAPTER 13 |
| TAMELA R. SCOTT | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR(S) | | |
| | : | TRUSTEE'S RESPONSE TO DEBTOR(S)' |
| | | MOTION TO RETAIN INSURANCE PROCEEDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks and files this Response to the Motion to Retain Insurance Proceeds filed 2/13/18 (doc. 49) by debtor(s).

    Trustee does not oppose the relief requested, but suggests that debtor's Counsel shepherd funds and file a report to Court as to the purchase of a vehicle, or submit an Application to Incur Debt to the Trustee's office within 30 days of any order granting the within motion.

    An Agreed Order can be reached between Counsel.

Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH  45202
513-621-4488
513 621-2643  (facsimile)
mburks@cinn13.org Correspondence
fdicesare@cinn13.org
kperr@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Response to Motion to Retain was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on February 15, 2018 addressed to:

Tamela R. Scott
Debtor(s)
6426 Elbrook Avenue
Cincinnati, Ohio 45237

                                              /s/Margaret A. Burks, Esq.
                                                  Margaret A. Burks, Esq.

                                                  Francis J. DiCesare, Esq.

                                                  Karolina F. Perr, Esq.